130 F.3d 446
 Paul Papapanos
v.
Lufthansia German Airlines, a Foreign Corporation, Girag
Corporation, a Florida Corporation, Cold Transfer, Inc., a
Florida Corporation, Union Transport Corp., a Foreign
Corporation, Cargolux Airlines International, Inc., a
Foreign Corporation, Dispatch Services, Inc., a Florida
Corporation, Florida West Gateway, Inc., a Delaware
Corporation, Panalpina, Inc., a Florida Corporation
 NO. 96-4755
 United States Court of Appeals,
Eleventh Circuit.
 Oct 31, 1997
 S.D.Fla., 124 F.3d 221
 
 1
 DENIALS OF REHEARING EN BANC.